# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>PEDRO VENTURA ARROYO,<br><br>                    Defendant. | Case No. 19cr3026-JAH<br><br>**ORDER GRANTING THE UNITED STATES OF AMERICA PERMISSION TO BRING EVIDENTIARY KNIVES INTO THE COURTHOUSE** |

Upon motion of the United States of America and good cause appearing, IT IS HEREBY ORDERED the motion is **GRANTED**. Accordingly, the United States is permitted to bring the following evidentiary knives into the Courthouse during the above-referenced trial scheduled to begin **December 17, 2019, at 9:00 a.m.**:

1. Fixed blade knife;
2. Butterfly knife

The knives shall be safely secured in the Courtroom and will remain in the custody and control of Task Force, Officer Ben Peck.

**IT IS SO ORDERED.**

DATED: December 11, 2019

                                                      HON. JOHN A. HOUSTON
                                                    UNITED STATES DISTRICT COURT